**Opinion issued June 13, 2023**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-22-00448-CV

———————————

## IN RE RAIL LOGIX DAYTON, LLC, Relator

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, Rail Logix Dayton, LLC, filed a petition for a writ of mandamus challenging the trial court's May 9, 2022 order denying relator's motion to dismiss under Texas Rule of Civil Procedure 91a.[1]

---

[1]  The underlying case is *The HouReal Corp. v. Rescue Concepts, Inc. and Rail Logix Dayton, LLC*, Cause No. 2021-77903, in the 270th District Court of Harris County, Texas, the Honorable Dedra Davis presiding.

In connection with its mandamus petition, relator also filed a motion to stay trial court proceedings pending this Court's review of the petition for writ of mandamus. On August 23, 2022, the Court granted relator's motion, staying trial court proceedings. On September 7, 2022, real party in interest, Rescue Concepts, Inc., filed an "Unopposed Motion to Amend" the Court's August 23, 2022 stay order to allow the trial court to sever the dismissed claims asserted by real party in interest, The HouReal Corporation, against Rescue Concepts into a new cause number. On September 13, 2022, the Court granted the motion, amending the stay imposed by the Court's August 23, 2022 order.

We deny relator's petition for writ of mandamus and lift the stay imposed by our August 23, 2022 order, as amended by our September 13, 2022 order. *See* TEX. R. APP. P. 52.8(a). Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Guerra and Farris.